IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LOLITA MAGISANA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV317 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | ORDER ON PLAINTIFF'S MOTION FOR EXTENSION TO FILE BRIEF |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for the plaintiff has requested an extension of time to file her brief, filing 14, and has indicated that defendant's counsel has no objection to the extension.

IT THEREFORE IS ORDERED that:

1. the plaintiff's motion for extension of time, ECF Filing 14, is granted; and the plaintiff shall have on or before February 16, 2012, in which to file and serve a brief in support of the plaintiff's position;

2. the defendant shall have 35 days from the date on which the plaintiff's brief is filed in which to file an answer brief;

3. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated December 19, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge