IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOLITA MAGISANA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> the Social Security Administration, ) <br> ) <br> Defendant. ) <br> ) | 8:11CV317 <br><br> ORDER ON DEFENDANT'S MOTION <br> FOR EXTENSION OF TIME TO RESPOND <br> TO PLAINTIFF'S BRIEF |

IT IS ORDERED that

1. the Defendant's Motion for Extension of time to Respond to Plaintiff's Brief, filing 17, is granted:

2. the defendant on or before April 19, 2012, shall file and serve its response to plaintiff's brief;

3. within one week after the defendant's answer brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

Dated March 20, 2012.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge